| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES, | Case No.: 1:17-cv-1353 - JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 20, 2018 |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order to serve a confidential letter brief and failure to prosecute the action. (Doc. 12) On May 4, 2018, Plaintiff filed a timely response to the Court's order and submitted a proof of service, indicating she served the letter brief as ordered. (Docs. 13, 14)

Accordingly, the Court **ORDERS**: the Order to Show Cause dated April 20, 2018 (Doc. 12) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **May 8, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1