# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-01353 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

The parties have stipulated for Plaintiff have an extension of time to file an opening brief. (Doc. 17) According to Plaintiff, the additional time is necessary because "counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues." (*Id.* at 1) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 17) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **August 9, 2018**.

IT IS SO ORDERED.

Dated: __**July 13, 2018**__          _____**/s/ Jennifer L. Thurston**_____
                                                    UNITED STATES MAGISTRATE JUDGE