# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-01353 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

The parties have stipulated for Plaintiff have a further extension of seven days to file an opening brief. (Doc. 19) According to Plaintiff, the additional time is necessary because "Plaintiff's counsel is sick and as a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time." (*Id.* at 1) Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time (Doc. 19) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **August 16, 2018**.

IT IS SO ORDERED.

Dated: **August 13, 2018**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE