**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES,<br><br>       Plaintiff,<br><br>  vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:17-cv-01353-JLT<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

Good cause appearing therein, the Court GRANTS the request for an extension of time to respond to the opening brief. Defendant shall file her response no later than **November 13, 2018**. All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 1, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Mot. for Ext. of Time, Case No. 1:17-cv-01353-JLT　　　　1