# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES, </br></br> Plaintiff, </br></br> v. </br></br> NANCY A. BERRYHILL, </br> Acting Commissioner of Social Security, </br></br> Defendant. | Case No.: 1:17-cv-1353 - JLT </br></br> ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES </br></br> (Doc. 29) |

On June 3, 2019, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d). (Doc. 29) Because she did not set the motion for hearing, no filing deadlines were triggeredr Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **June 25, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **July 2, 2019**.

IT IS SO ORDERED.

Dated: **June 5, 2019**                               **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE