# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA MARTINEZ PERALES,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-1353 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 31) |

On June 3, 2019, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 29) Thereafter, Plaintiff and the Commissioner of Social Security stipulated for the award and payment of attorney's fees and expenses pursuant to the EAJA. (Doc. 31) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the stipulation, fees in the total amount of $5,000.00 are **AWARDED** to Evangelina Martinez Perales; and
2. Plaintiff's motion for attorney fees and costs (Doc. 29) is **TERMINATED** as moot.

IT IS SO ORDERED.

Dated: **June 26, 2019**             **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).